**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 364 EAL 2014
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. : 
: 
: 
: 
ANTONIO J. BUNDY, : 
: 
               Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.